IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRACI ST. CLAIRE,<br>Plaintiff<br><br>vs.<br><br>TRAUNER, COHEN & THOMAS, L.L.P.,<br>Defendant | )<br>)<br>) CIVIL ACTION<br>) FILE NO.<br>)<br>) 1:07-CV-2082-ODE-ECS<br>)<br>)<br>) |

### PLAINTIFF TRACI ST. CLAIRE'S
### NOTICE OF ACCEPTANCE OF DEFENDANT TRAUNER, COHEN & THOMAS, L.L.P.'S OFFER OF JUDGMENT

To:   TRAUNER, COHEN & THOMAS, L.L.P.
      c/o Mr. Louis Cohan, Esquire
      Weinstock & Scavo, P.C.
      3405 Piedmont Road, N.E., Suite 300
      Atlanta, Georgia 30305

You are hereby notified that the Plaintiff, Traci St. Claire, by counsel, accepts the Offer of Judgment served upon the Plaintiff by Defendant Trauner, Cohen & Thomas, L.L.P..

Accordingly, Plaintiff Traci St. Claire accepts and agrees to stipulate to the entry of Judgment in her favor and against Trauner, Cohen & Thomas, L.L.P. in the sum of ONE THOUSAND AND 00/100 DOLLARS ($1,000.00) plus costs and attorney's fees for Trauner, Cohen & Thomas, L.L.P.'s violations of the FDCPA, 15 U.S.C. § 1692e, 1692e(10) and 1692g(b).

Plaintiff does not agree to any other terms or conditions express or implied other than as required and provided by Federal Rule of Civil Procedure 68. Accordingly, Plaintiff does not stipulate or agree to any limitation of the meaning, use, import or purpose of Trauner, Cohen & Thomas, L.L.P.'s Offer of Judgment.

Dated: November 19, 2007.

>Respectfully submitted,
>
>LAW OFFICE OF LISA D. WRIGHT, LLC
>
>By:  s/Lisa D. Wright
>     Lisa D. Wright
>     Attorney for Plaintiff
>     Georgia State Bar No. 268781

235 Peachtree Street, NE Suite 888
Atlanta, Georgia 30303
404-588-1181
404-588-1182 (Fax)
attorneywright@prodigy.net

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRACI ST. CLAIRE,<br>　　Plaintiff<br><br>vs.<br><br>TRAUNER, COHEN & THOMAS, L.L.P.,<br>　　Defendant | )<br>)<br>)  CIVIL ACTION<br>)  FILE NO.<br>)<br>)  1:07-CV-2082-ODE-ECS<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed Plaintiff Traci St. Claire's Notice of Acceptance of Defendant Trauner, Cohen & Thomas, L.L.P.'s Offer of Judgment, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

　　　　　　　　　　　Mr. Louis Cohan

Dated: November 19, 2007.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　LAW OFFICE OF LISA D. WRIGHT, LLC

　　　　　　　　　　By:　s/Lisa D. Wright
　　　　　　　　　　　　　Lisa D. Wright
　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　Georgia State Bar No. 268781

3

235 Peachtree Street, NE, Suite 888
Atlanta, Georgia 30303
404-588-1181
404-588-1182 (Fax)
attorneywright@prodigy.net